UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 12-cr-20287
Hon. Mark A. Goldsmith

D-2 JATIMOTHY WALKER,

    Defendant.
_____/

## ORDER GRANTING GOVERNMENT MOTION FOR EXTENSION OF TIME (Dkt. 963)

This Court previously ordered the Government to respond to Defendant Jatimothy Walker's motion under 28 U.S.C. § 2255 no later than March 11, 2019. 1/8/2019 Order (Dkt. 959). The Government now requests a thirty-day extension (Dkt. 963). The Government's motion is granted. The Government shall file its response no later than April 10, 2019.

Walker filed a request that this Court stay his case because he is in transit to another facility (Dkt. 964). Given that the Government will not be filing its response until April, the Court sees no reason to delay the proceedings in this case.

    SO ORDERED.

Dated: March 5, 2019
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 5, 2019.

s/Holly Monda for Karri Sandusky  
Case Manager